

  

**MDOC**
**Department of Corrections**

MICHIGAN.GOV

Michigan's
Official
Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

# BIOGRAPHICAL INFORMATION



**DENNIS L WARD**
Image Date:

| | |
|---|---|
| MDOC Number: | **162169** |
| SID Number: | |
| Name: | **DENNIS L WARD** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **5' 10"** |
| Weight: | **158 lbs.** |
| Date of Birth: | |

1/8/2017

# MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 09/28/2044 |
| Assigned Location: | Lakeland Correctional Facility | Maximum Discharge Date: | 09/28/2086 |
| Security Level: | II | | |

## ALIASES

SILK

DENNIS WARD

DENNIS ALFRED WARD

DENNIS LONNIE ALFRED WARD

DENNIS LONNIE-ALFRED WARD

DENNIS LONNIEALFRED WARD

# MARKS, SCARS & TATTOOS

Scar- Left Chin

Scar- Upper Left Face

Tattoo- Upper Left Arm - Gertie L Magett

Tattoo- Upper Right Arm - Ward, Mother

# PRISON SENTENCES

## ACTIVE

### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Weapons - Firearms - Possession by Felon | Minimum Sentence: | 10 years 0 months 0 days |
| MCL#: | 750.224F / 769.12 | Maximum Sentence: | 40 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Plea | | |

### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Robbery Armed | Minimum Sentence: | 33 years 3 months 0 days |
| MCL#: | 750.529 / 769.12 | Maximum Sentence: | 75 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Jury | | |

Sentence 3
| | | | |
|---|---|---|---|
| Offense: | Robbery Armed | Minimum Sentence: | 33 years 0 months 0 days |
| MCL#: | 750.529 / 769.12 | Maximum Sentence: | 75 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Jury | | |

Sentence 4
| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Plea | | |

Sentence 5
| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Jury | | |

Sentence 6
| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058530-FC-F | Date of Offense: | 09/28/2009 |
| County: | Muskegon | Date of Sentence: | 06/29/2010 |
| Conviction Type: | Jury | | |

## INACTIVE

Sentence 1
| | | | |
|---|---|---|---|
| Offense: | Trespass - State Correctional Facility | Minimum Sentence: | 1 year 3 months 0 days |
| MCL#: | 750.552B / 769.12 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 06052739-FH-A | Date of Offense: | 12/11/2005 |
| County: | Muskegon | Date of Sentence: | 05/12/2006 |
| Conviction Type: | Plea | Discharge Date: | 02/09/2009 |

Discharge Reason: Offender Discharge

Sentence 2
| | | | |
|---|---|---|---|
| Offense: | Controlled Substance-Delivery/Manufacture Marijuana | Minimum Sentence: | 1 year 3 months 0 days |
| MCL#: | 333.74012D3 / 769.12 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 06052739-FH-A | Date of Offense: | 12/11/2005 |
| County: | Muskegon | Date of Sentence: | 05/12/2006 |
| Conviction Type: | Plea | Discharge Date: | 02/09/2009 |

Discharge Reason: Offender Discharge

Sentence 3
| | | | |
|---|---|---|---|
| Offense: | Prisons - Bringing Contraband Into - Conspiracy | Minimum Sentence: | 1 year 3 months 0 days |
| MCL#: | 800.2813 / 769.12 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 06052739-FH-A | Date of Offense: | 12/11/2005 |
| County: | Muskegon | Date of Sentence: | 05/12/2006 |
| Conviction Type: | Plea | Discharge Date: | 02/09/2009 |

Discharge Reason: Offender Discharge

Sentence 4
| | | | |
|---|---|---|---|
| Offense: | Assault with Intent to Rob while Armed | Minimum Sentence: | 20 years 0 months 0 days |
| MCL#: | 750.89 | Maximum Sentence: | 75 years 0 months |
| Court File#: | 81-3630 FYW | Date of Offense: | 10/31/1981 |
| County: | Berrien | Date of Sentence: | 06/21/1982 |
| Conviction Type: | Plea | Discharge Date: | 03/04/2005 |

Discharge Reason: Offender Discharge

Sentence 5
| | | | |
|---|---|---|---|
| Offense: | Breaking & Entering a Building With Intent | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.110 | Maximum Sentence: | 10 years 0 months |
| Court File#: | 80 2380 FY-H | Date of Offense: | 07/14/1980 |

County: Berrien
Conviction Type: Plea
Date of Sentence: 11/24/1980
Discharge Date: 08/04/2005

Discharge Reason:                    Offender Discharge

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Privacy Policy  |  Link Policy  |  Security Policy

Copyright © 2001-2019 State of Michigan

# B

 

# MDOC
## Department of Corrections

**MICHIGAN.GOV**
Michigan's Official Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



**WALTER NEAL JR**
Image Date:

1/17/2017

| | |
|---|---|
| MDOC Number: | **377117** |
| SID Number: | **0862502M** |
| Name: | **WALTER NEAL JR** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **5' 9"** |
| Weight: | **189 lbs** |
| Date of Birth: | |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | LIFE |
| Assigned Location: | Lakeland Correctional Facility | Maximum Discharge Date: | LIFE |
| Security Level: | II | | |

## MARKS, SCARS & TATTOOS

Mark- Lower Back Back

## ALIASES

None

Scar- Left Abdomen

Scar- Left Shoulder

## PRISON SENTENCES

### ACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Criminal Sexual Conduct, 1st Deg (Relationship) | Minimum Sentence: | 35 years 0 months 0 days |
| MCL#: | 750.520B1B | Maximum Sentence: | 100 years 0 months |
| Court File#: | 0045327-FC | Date of Offense: | 01/21/2000 |
| County: | Muskegon | Date of Sentence: | 09/04/2001 |
| Conviction Type: | Nolo Contendere | | |

#### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Criminal Sexual Conduct, 1st Deg (Relationship) | Minimum Sentence: | LIFE |
| MCL#: | 750.520B1B | Maximum Sentence: | LIFE |
| Court File#: | 0045327-FC | Date of Offense: | 01/20/2000 |
| County: | Muskegon | Date of Sentence: | 09/04/2001 |
| Conviction Type: | Nolo Contendere | | |

### INACTIVE

None

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Privacy
Policy  |  Link Policy  |  Security Policy

Copyright © 2001-2019 State of Michigan

C

   

**MDOC**
**Department of Corrections**

MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home  |  Contact MDOC  |  OTIS Help  |  MDOC's Most Wanted  |  Glossary  |  Disclaimer  |  MDOC Home

## BIOGRAPHICAL INFORMATION



**AUNDRA BECKEM**
Image Date:

1/4/2017

| | |
|---|---|
| MDOC Number: | **209716** |
| SID Number: | **1442932K** |
| Name: | **AUNDRA BECKEM** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Unavailable** |
| Eyes: | **Brown** |
| Height: | **5' 9"** |
| Weight: | **180 lbs.** |
| Date of Birth: | |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 05/18/2026 |
| Assigned Location: | Lakeland Correctional Facility | Maximum Discharge Date: | 07/02/2064 |
| Security Level: | II | | |

### ALIASES

BECKEM BECK

ANDRA HAROLD BECKEM

AUNDRA BECKEM

AUNDRA H BECKEM

AUNDRA HAROLD BECKEM

### MARKS, SCARS & TATTOOS

Scar- Head

Tattoo- Lower Right Arm - i

Tattoo- Right Arm

## PRISON SENTENCES

### ACTIVE

**Sentence 1**
| | | | |
|---|---|---|---|
| Offense: | Criminal Sexual Conduct, 3rd Deg (Force or Coercion) | Minimum Sentence: | 17 years 0 months 0 days |
| MCL#: | 750.520D1B / 769.12 | Maximum Sentence: | 50 years 0 months |
| Court File#: | 08057175-FH-B | Date of Offense: | 09/30/2007 |
| County: | Muskegon | Date of Sentence: | 05/19/2009 |
| Conviction Type: | Nolo Contendere | | |

**Sentence 2**
| | | | |
|---|---|---|---|
| Offense: | Assault with Dangerous Weapon (Felonious Assault) | Minimum Sentence: | 2 years 9 months 0 days |
| MCL#: | 750.82 / 769.12 | Maximum Sentence: | 15 years 0 months |
| Court File#: | 07055485-FH-A | Date of Offense: | 09/30/2007 |
| County: | Muskegon | Date of Sentence: | 04/21/2008 |
| Conviction Type: | Plea | | |

**Sentence 3**
| | | | |
|---|---|---|---|
| Offense: | Controlled Substance-Possess | Minimum Sentence: | 4 years 0 months 0 days |

MCL#:  Narcotic/Cocaine <25 Grams
       333.74032A3 / 333.74132
Court File#: 9235265-FH
County: Muskegon
Conviction Type: Plea

Maximum Sentence:  9 years 0 months
Date of Offense: 12/01/1992
Date of Sentence: 02/25/1993

## Sentence 4

Offense: Controlled Substance-Delivery/Manf., Nar/Coc <50 Grams

MCL#: 333.74012A4
Court File#: 9031800-FH
County: Muskegon
Conviction Type: Jury

Minimum Sentence: 2 years 0 months 0 days

Maximum Sentence: 20 years 0 months
Date of Offense: 02/03/1990
Date of Sentence: 06/05/1990

### INACTIVE

None

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Copyright © 2001-2019 State of Michigan

# D



**MDOC**
**Department of Corrections**

MICHIGAN.GOV

Michigan's
Official
Web Site

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION

**JAMAL UMAR BUCHANAN**
Image Date:                3/13/2016

| | |
|---|---|
| MDOC Number: | **313838** |
| SID Number: | **1983093T** |
| Name: | **JAMAL UMAR BUCHANAN** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Brown** |
| Height: | **5' 11"** |
| Weight: | **180 lbs.** |
| Date of Birth: | |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 11/16/2027 |
| Assigned Location: | Lakeland Correctional Facility | Maximum Discharge Date: | 09/02/2094 |
| Security Level: | II | | |

## MARKS, SCARS & TATTOOS

Body Piercing- Left Ear

Scar- Center Right Arm - SCARS CHEST/L EYE/L KNEE

Scar- Chest

Scar- Left Eyebrow

Scar- Left Knee

Scar- Left Leg

## ALIASES

"BIG JAMAL"

BIG JAMAL

JAMAL OMAR BUCHANAN

JAMAL UMAR BUCHANAN

JAMAL UMAR BUCHANAN SR.

## PRISON SENTENCES

### ACTIVE

#### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Weapons - Firearms - Possession by Felon | Minimum Sentence: | 4 years 0 months 0 days |
| MCL#: | 750.224F / 769.12 | Maximum Sentence: | 20 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

#### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Home Invasion - 1st Degree | Minimum Sentence: | 16 years 0 months 0 days |
| MCL#: | 750.110A2 / 769.12 | Maximum Sentence: | 40 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

### Sentence 3

| | | | |
|---|---|---|---|
| Offense: | Safe Breaking | Minimum Sentence: | 16 years 0 months 0 days |
| MCL#: | 750.531B / 769.12 | Maximum Sentence: | 40 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

### Sentence 4

| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

### Sentence 5

| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

### Sentence 6

| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09058015-FC-B | Date of Offense: | 09/20/2008 |
| County: | Muskegon | Date of Sentence: | 11/17/2009 |
| Conviction Type: | Nolo Contendere | | |

### Sentence 7

| | | | |
|---|---|---|---|
| Offense: | Controlled Substance-Delivery/Manf., Nar/Coc <50 Grams | Minimum Sentence: | 1 year 6 months 0 days |
| MCL#: | 333.74012A4 / 769.11 | Maximum Sentence: | 40 years 0 months |
| Court File#: | 06053338-FH-A | Date of Offense: | 05/21/2006 |
| County: | Muskegon | Date of Sentence: | 09/11/2006 |
| Conviction Type: | Plea | | |

### Sentence 8

| | | | |
|---|---|---|---|
| Offense: | Uttering & Publishing | Minimum Sentence: | 1 year 3 months 0 days |
| MCL#: | 750.249 | Maximum Sentence: | 14 years 0 months |
| Court File#: | 99-43989-FH | Date of Offense: | 08/06/1999 |
| County: | Muskegon | Date of Sentence: | 05/08/2000 |
| Conviction Type: | Plea | | |

## INACTIVE

### Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Police Officer, Resisting & Obstructing | Minimum Sentence: | 1 year 0 months 0 days |
| MCL#: | 750.479-B | Maximum Sentence: | 2 years 0 months |
| Court File#: | 00-44565-FH | Date of Offense: | 04/05/2000 |
| County: | Muskegon | Date of Sentence: | 05/30/2000 |
| Conviction Type: | Plea | Discharge Date: | 06/19/2002 |
| Discharge Reason: | Order Terminated, Continued on Additional Order(s) | | |

### Sentence 2

| | | | |
|---|---|---|---|
| Offense: | Rec. Stolen Property Over $100 | Minimum Sentence: | 1 year 6 months 0 days |
| MCL#: | 750.535-A | Maximum Sentence: | 5 years 0 months |
| Court File#: | 98-42582-FH | Date of Offense: | 08/25/1998 |
| County: | Muskegon | Date of Sentence: | 04/25/2000 |
| Conviction Type: | Plea | Discharge Date: | 10/05/2004 |
| Discharge Reason: | Order Terminated, Continued on Additional Order(s) | | |

## PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips   |  State Web Sites  Accessibility Policy   |  Privacy Policy   |  Link Policy   |  Security Policy

Copyright © 2001-2019 State of Michigan

E

   

**MDOC**
**Department of Corrections**

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

## BIOGRAPHICAL INFORMATION



**SEMAJ RAMONE LAWSON**
Image Date:

MDOC Number: **771655**
SID Number: **3003425X**
Name: **SEMAJ RAMONE LAWSON**
Racial Identification: **Black**
Gender: **Male**
Hair: **Black**
Eyes: **Brown**
Height: **5' 5"**
Weight: **151 lbs.**
Date of Birth:

6/30/2016

## MDOC STATUS

Current Status: Prisoner
Assigned Location: Lakeland Correctional Facility
Security Level: II

Earliest Release Date: LIFE
Maximum Discharge Date: LIFE

## MARKS, SCARS & TATTOOS

Body Piercing- Left Ear

Body Piercing- Right Ear

Tattoo- Left Hand - forest ave 13 1/2

## ALIASES

SEMA'J RAMONE LAWSON

Tattoo- Right Hand - gmb

## PRISON SENTENCES

### ACTIVE

**Sentence 1**
Offense: Homicide - Felony Murder
MCL#: 750.316B / 769.10
Court File#: 09057431-FC-A
County: Muskegon
Conviction Type: Jury

Minimum Sentence: LIFE
Maximum Sentence: LIFE
Date of Offense: 01/08/2009
Date of Sentence: 07/09/2010

**Sentence 2**
Offense: Weapons - Carrying Concealed
MCL#: 750.227 / 769.10
Court File#: 09057406-FH-A
County: Muskegon
Conviction Type: Plea

Minimum Sentence: 1 year 2 months 0 days
Maximum Sentence: 7 years 6 months
Date of Offense: 03/07/2008
Date of Sentence: 07/09/2010

**Sentence 3**
Offense: Assault with Dangerous Weapon (Felonious Assault)
MCL#: 750.82 / 769.10
Court File#: 09057406-FH-A
County: Muskegon
Conviction Type: Plea

Minimum Sentence: 1 year 2 months 0 days
Maximum Sentence: 6 years 0 months
Date of Offense: 03/07/2008
Date of Sentence: 07/09/2010

### Sentence 4

| | | | |
|---|---|---|---|
| Offense: | Weapons - Felony Firearms | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.227BA | Maximum Sentence: | 2 years 0 months |
| Court File#: | 09057406-FH-A | Date of Offense: | 03/07/2008 |
| County: | Muskegon | Date of Sentence: | 07/09/2010 |
| Conviction Type: | Plea | | |

## INACTIVE

None

## PROBATION SENTENCES

### ACTIVE

None

### INACTIVE

None

## SUPERVISION CONDITIONS

None

Copyright © 2001-2019 State of Michigan

F

  

# MDOC
## Department of Corrections

Michigan.gov Home | Contact MDOC | OTIS Help | MDOC's Most Wanted | Glossary | Disclaimer | MDOC Home

# BIOGRAPHICAL INFORMATION



**SANDY HOLT JR**
Image Date:

9/26/2018

| | |
|---|---|
| MDOC Number: | **201603** |
| SID Number: | **1422459J** |
| Name: | **SANDY HOLT JR** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Unavailable** |
| Eyes: | **Brown** |
| Height: | **6' 0"** |
| Weight: | **145 lbs.** |
| Date of Birth: | |

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 06/30/2033 |
| Assigned Location: | Muskegon Correctional Facility | Maximum Discharge Date: | 04/01/2097 |
| Security Level: | II | | |

### ALIASES

SANDY HOLT

SANDY SEAN HOLT

SANDY SEAN HOLT JR.

## MARKS, SCARS & TATTOOS

Other- Face - Freckles

# PRISON SENTENCES

## ACTIVE

### Sentence 1
| | | | |
|---|---|---|---|
| Offense: | Robbery Armed | Minimum Sentence: | 30 years 0 months 0 days |
| MCL#: | 750.529 / 769.12 | Maximum Sentence: | 90 years 0 months |
| Court File#: | 02047915-FC-B | Date of Offense: | 07/15/2002 |
| County: | Muskegon | Date of Sentence: | 07/01/2003 |
| Conviction Type: | Jury | | |

### Sentence 2
| | | | |
|---|---|---|---|
| Offense: | Break & Enter Blding With Intent | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.110-A | Maximum Sentence: | 10 years 0 months |
| Court File#: | 9436899-FH | Date of Offense: | 04/10/1994 |
| County: | Muskegon | Date of Sentence: | 10/13/1994 |
| Conviction Type: | Plea | | |

### Sentence 3
| | | | |
|---|---|---|---|
| Offense: | Breaking & Entering a Building With Intent - Attempt | Minimum Sentence: | 3 years 0 months 0 days |
| MCL#: | 750.110 / 769.10 | Maximum Sentence: | 7 years 6 months |
| Court File#: | 89-30976-FH | Date of Offense: | 05/04/1989 |
| County: | Muskegon | Date of Sentence: | 01/07/1991 |
| Conviction Type: | Plea | | |

Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Breaking & Entering a Building With Intent - Attempt | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.110 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 87-29440-FH | Date of Offense: | 10/28/1987 |
| County: | Muskegon | Date of Sentence: | 06/07/1989 |
| Conviction Type: | Plea | Discharge Date: | 10/20/1992 |
| | | | |
| Discharge Reason: | Order Terminated, Continued on Additional Order(s) | | |

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Michigan.gov Home  |  MDOC Home  |  Site Map  |  Escapee/Absconder Tips  |  State Web Sites  Accessibility Policy  |  Privacy Policy  |  Link Policy  |  Security Policy

Copyright © 2001-2019 State of Michigan

# G





**MDOC**
**Department of Corrections**

MICHIGAN.GOV

Michigan's
Official
Web Site

Michigan.gov Home   |   Contact MDOC   |   OTIS Help   |   MDOC's Most Wanted   |   Glossary   |   Disclaimer   |   MDOC Home

## BIOGRAPHICAL INFORMATION



**DANDREE BLACK**
Image Date:

| | |
|---|---|
| MDOC Number: | **193803** |
| SID Number: | **1300115T** |
| Name: | **DANDREE BLACK** |
| Racial Identification: | **Black** |
| Gender: | **Male** |
| Hair: | **Black** |
| Eyes: | **Black** |
| Height: | **5' 6"** |
| Weight: | **150 lbs.** |
| Date of Birth: | |

11/12/2018

## MDOC STATUS

| | | | |
|---|---|---|---|
| Current Status: | Prisoner | Earliest Release Date: | 03/12/2023 |
| Assigned Location: | G. Robert Cotton Correctional Facility | Maximum Discharge Date: | 01/01/2059 |
| Security Level: | I | | |

### ALIASES

D BLACK

DANDRE BLACK

DANDREA BLACK

DONDRE BLACK

## MARKS, SCARS & TATTOOS

None

## PRISON SENTENCES

### ACTIVE

#### Sentence 1
| | | | |
|---|---|---|---|
| Offense: | Asslt w/Int Gr Bod Hrm Less Murder | Minimum Sentence: | 11 years 0 months 0 days |
| MCL#: | 750.84 / 769.12 | Maximum Sentence: | 40 years 0 months |
| Court File#: | 11060803-FH-B | Date of Offense: | 07/03/2011 |
| County: | Muskegon | Date of Sentence: | 03/13/2012 |
| Conviction Type: | Jury | | |

#### Sentence 2
| | | | |
|---|---|---|---|
| Offense: | Unlawfully Driving Away an Automobile | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.413 / 769.10 | Maximum Sentence: | 6 years 0 months |
| Court File#: | 9701298FH | Date of Offense: | 01/24/1997 |
| County: | Kent | Date of Sentence: | 07/21/1997 |
| Conviction Type: | Plea | | |

#### Sentence 3
| | | | |
|---|---|---|---|
| Offense: | Prisons - Prisoner Possessing Contraband | Minimum Sentence: | 0 years 4 months 0 days |
| MCL#: | 800.2814 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 91-S-82-FH | Date of Offense: | 02/22/1991 |
| County: | Montcalm | Date of Sentence: | 06/07/1991 |
| Conviction Type: | Plea | | |

Sentence 4

| | | | |
|---|---|---|---|
| Offense: | Robbery Unarmed | Minimum Sentence: | 4 years 0 months 0 days |
| MCL#: | 750.530 / 769.10 | Maximum Sentence: | 22 years 6 months |
| Court File#: | 8742428FC | Date of Offense: | 07/05/1987 |
| County: | Kent | Date of Sentence: | 05/03/1988 |
| Conviction Type: | Plea | | |

## INACTIVE

Sentence 1

| | | | |
|---|---|---|---|
| Offense: | Receiving Stolen Property | Minimum Sentence: | 2 years 0 months 0 days |
| MCL#: | 750.535 | Maximum Sentence: | 5 years 0 months |
| Court File#: | 8640530FH | Date of Offense: | 09/28/1986 |
| County: | Kent | Date of Sentence: | 07/08/1987 |
| Conviction Type: | Plea | Discharge Date: | 10/26/1990 |
| | | | |
| Discharge Reason: | Order    Terminated,    Continued    on Additional Order(s) | | |

# PROBATION SENTENCES

## ACTIVE

None

## INACTIVE

None

# SUPERVISION CONDITIONS

None

Copyright © 2001-2019 State of Michigan

**H**


**COUNTY**

County Government   Visiting Muskegon   Doing Business   How Do I...

*How can we help you?*   🔍   ⚒

Board Minutes (Yearly)

Board of Public Works Minutes (Yearly)

Community Development Committee Minutes (Yearly)

Courts & Public Safety Committee Minutes (Yearly)

Human Services Committee Minutes (Yearly)

Solid Waste Planning Commission Minutes (Yearly)

Transportation Committee Minutes (Yearly)

Water Policy Board Minutes (Yearly)

Ways and Means Committee Minutes (Yearly)

Home › Staff Directory

**Kathy Tharp**

Administration
Title: Executive Assistant to the County Administrator
Phone:
Email Kathy Tharp

**Return to Staff Directory**