UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENNIS LONNIE ALFRED WARD et al.,

       Plaintiff,

v.

KATHY THARP et al.,

       Defendants.

_____/

Case No. 1:19-cv-612

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 3) is **GRANTED** and Plaintiffs' action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: October 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge